UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Theresa Jenkins, | ) | Civil Action No. 9:26-cv-00248-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

(Federal Tort Claims Act - Premises Liability)

Plaintiff, Theresa Jenkins, by and through undersigned counsel, brings this action against Defendant, United States of America, and alleges as follows:

**JURISDICTION AND VENUE**

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671–2680.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1346(b)(1), which grants exclusive jurisdiction to the United States District Courts for claims against the United States for personal injury caused by the negligent or wrongful acts or omissions of federal employees acting within the scope of their employment.

3. Venue is proper in this District under 28 U.S.C. § 1402(b) because the acts and omissions giving rise to this claim occurred within the District of South Carolina, Beaufort Division.

4. On August 5, 2025, Plaintiff timely presented a written administrative tort claim to the Department of the Navy pursuant to 28 U.S.C. § 2675(a).

5.      The Department of the Navy denied Plaintiff's administrative claim by written notice on September 16, 2025.

6.      This action is filed by Theresa Jenkins within six (6) months of the date of mailing of the Department of the Navy's final denial.

## PARTIES

7.      Plaintiff Theresa Jenkins is a resident and citizen of the County of Beaufort, State of South Carolina.

8.      Plaintiff Theresa Jenkins is a natural person over the age of eighteen (18) and is not an inmate as defined by 28 U.S.C. §1915(h).

9.      Defendant United States of America is liable under the doctrine of respondeat superior for the negligent acts and omissions of its employees, agents, and instrumentalities, including those operating and maintaining the Marine Corps Community Services Bowling Alley at Marine Corps Air Station Beaufort.

## FACTUAL ALLEGATIONS

10.     On or about September 12, 2023, Plaintiff was lawfully present at the Marine Corps Community Services Bowling Alley, located at Marine Corps Air Station Beaufort, Beaufort County, South Carolina.

11.     The Bowling Alley was owned, operated, managed, and maintained by the United States of America through Marine Corps Community Services and its employees.

12.     At all relevant times, Plaintiff was a business invitee and was owed a duty of reasonable care to maintain the premises in a safe condition and to warn of any dangerous or hazardous conditions.

13. On the date of the incident, the bowling alley floor contained excessive bowling lane oil, which had migrated or was otherwise present in an area where patrons were required or expected to walk.

14. The excessive oil created a dangerous and slippery condition that was not open and obvious and posed an unreasonable risk of harm to patrons.

15. Defendant, through its employees and agents, knew or should have known of the dangerous condition and failed to:

a. Properly inspect the premises;

b. Correct or remediate the hazardous condition;

c. Provide adequate warnings of the danger; and

d. Maintain the premises in a reasonably safe condition.

16. As a direct and proximate result of Defendant's negligence, Plaintiff slipped and fell on the oily surface.

17. Plaintiff sustained serious and permanent injuries, including but not limited to injuries to her neck, right shoulder, right arm, right ankle, right foot, left shoulder, left arm, and back as a result of the incident.

18. Plaintiff has suffered and continues to suffer physical pain, mental anguish, loss of enjoyment of life, medical expenses, and other damages as a result of the incident.

## CAUSE OF ACTION

**(Negligence/Premises Liability – Federal Tort Claims Act)**

19. Plaintiff realleges and incorporates by reference paragraphs 1 through 18 as if fully set forth herein.

20.	Under the law of the State of South Carolina, Defendant owed Plaintiff a duty to exercise reasonable care in the ownership, operation, inspection, and maintenance of the premises.

21.	Defendant breached that duty by negligently allowing a dangerous condition to exist on the bowling alley floor and failing to warn or protect invitees from that condition.

22.	Defendant's acts and omissions constitute negligence under South Carolina law and render the United States liable under the Federal Tort Claims Act.

23.	Defendant's negligence was the direct and proximate cause of Plaintiff's injuries and resulting damages.

## DAMAGES

24.	As a direct and proximate result of Defendant's negligence, Plaintiff has incurred and will continue to incur:

a.	Past and future medical expenses;

b.	Physical pain and suffering;

c.	Mental and emotional distress;

d.	Loss of enjoyment of life; and

e.	Other compensatory damages allowed by law.

25.	Plaintiff seeks damages in an amount not to exceed the sum certain presented in her administrative claim, pursuant to 28 U.S.C. § 2675(b), or One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) together with costs and such other relief as the Court deems just and proper.

26.	Plaintiff does not seek damages in excess of the amount stated in her administrative tort claim, except as permitted by 28 U.S.C. § 2675(b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendant United States of America;

B. Award Plaintiff compensatory damages as allowed under the Federal Tort Claims Act and South Carolina law;

C. Award costs of this action; and

D. Grant such other and further relief as the Court deems just and proper.

                              Respectfully submitted,

/s/ J. Andrew Smith
J. ANDREW SMITH
District Ct Bar Number 7034
South Carolina State Bar Number 14086
THE LAW OFFICE OF CLIFFORD BUSH, III, LLC
28 Old Jericho Road
Beaufort, South Carolina 29906
Phone  (843) 379-9500
Fax     (843) 379-9550
Email: drew@lawofficeofcbushiii.com

January 23, 2026

Beaufort, SC

Attorney for Plaintiff, Theresa Jenkins